

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00288-CV

Eduardo **BENAVIDES**,
Appellant

v.

Julia **BENNETT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16084
Honorable Larry Noll, Judge Presiding

# O R D E R

On July 22, 2015, this court mailed a free copy of the reporter's record to appellant and informed him that his brief was due on September 4, 2015. Neither the brief nor a motion for extension of time has been filed. Appellant is appearing pro se.

It is therefore ORDERED that appellant file his appellate brief <u>no later than October 5, 2015</u>. If appellant fails to file the brief by this date or fails to reasonably explain the reason for his failure to do so, this appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

The Clerk of this court shall cause a copy of this order to be served on appellant by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court